UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE VILLALBA,<br><br>                    Petitioner,<br><br>     v.<br><br>MIKE KNOWLES, et al.,<br><br>                    Respondents. | No. CIV S-04-2608 LKK DAD P<br><br>**ORDER RESPONDENTS' REQUEST FOR EXTENSION OF TIME** |

GOOD CAUSE HAVING BEEN SHOWN, Respondents are granted a thirty-day extension of time, to and including November 2, 2005, within which to file their response to the Petition.

DATED: October 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vill2608.eot