IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE VILLALBA,

     Petitioner,                No. CIV S-04-2608 LKK DAD P

    vs.

MIKE KNOWLES, et al.,

     Respondents.          ORDER

_____/

        Petitioner has requested an extension of time to file to file and serve an opposition to the defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's December 2, 2005 request for an extension of time is granted; and

        2.  Petitioner shall file and serve an opposition to the defendants' motion to dismiss on or before January 3, 2006.

DATED: December 7, 2005.

                             _____
                             DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

DAD:bb
vill2608.111