IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE VILLALBA,

    Petitioner,                    No. CIV S-04-2608 LKK DAD P

    vs.

MIKE KNOWLES, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's November 15, 2006 request for an extension of time is granted; and

        2.  Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: November 27, 2006.

                                               /s/ Dale A. Drozd
                                               DALE A. DROZD
DAD:mp                                     UNITED STATES MAGISTRATE JUDGE
vill2608.111(2)